AL 557 Doe v Central Val. Cent. Sch. Dist. (2024 NY Slip Op 04723)

AL 557 Doe v Central Val. Cent. Sch. Dist.

2024 NY Slip Op 04723

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024

PRESENT: WHALEN, P.J., LINDLEY, BANNISTER, OGDEN, AND DELCONTE, JJ. (Filed Sept. 27, 2024.)

MOTION NO. (970/23) CA 22-01908.

[*1]AL 557 DOE, PLAINTIFF-RESPONDENT, 
v
CENTRAL VALLEY CENTRAL SCHOOL DISTRICT, FORMERLY KNOWN AS ILION CENTRAL SCHOOL DISTRICT, CENTRAL VALLEY CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION, FORMERLY KNOWN AS ILION CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION, DEFENDANTS-APPELLANTS, AND EAST FRANKFORT SCHOOL, DEFENDANT.

MEMORANDUM AND ORDER
Motion insofar as it seeks reargument denied and insofar as it seeks leave to appeal to the Court of Appeals granted upon the certified question.